PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.         James V. Leuschel              Docket No.         2:09CR00138-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW ANNE SAUTHER, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant James V. Leuschel who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the court at Spokane, WA, on the 7th day of October 2009 under the following conditions:

**Condition # 21:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

**Condition #6:** Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

**Special Modified Condition # 1:** Defendant's conditions of release were modified to include mental health counseling, at the direction of the United States Pretrial Services Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** On February 19, 2010, the defendant submitted a urinalysis test through Spokane Addiction Recovery Centers that tested positive for opiates and benzodiazapine. On February 25, 2010, the defendant submitted a positive urinalysis test for opiates. The laboratory results from this test revealed positive results for morphine.

**Violation #2:** The defendant has not notified the U.S. Probation Office where he is currently living.

**Violation #3:** Mr. Leuschel failed to report for mental health counseling, as directed, and was discharged from Spokane Mental Health on February 24, 2010.

### PRAYING THAT THE COURT WILL ORDER A WARRANT

The defendant's current whereabouts are unknown.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    03/08/2010

by    s/Anne L. Sauther

Anne L. Sauther
U.S. Probation Officer

PS-8
Re: Leuschel, James V.
March 8, 2010
Page 2

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

03-08-2010
Date