PROB 12B
(7/93)

Report Date: May 9, 2012

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 0 9 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: James V. Leuschel                Case Number: 2:09CR00138-001 LRS

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: July 20, 2010           Type of Supervision: Supervised Release

Original Offense: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Date Supervision Will Commence: May 16, 2012

Original Sentence: Prison - 30 Months;
                   TSR - 36 Months

Date Supervision Expires: May 15, 2015

## PETITIONING THE COURT

To remove the condition of supervision as follows:

21   You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

## CAUSE

Mr. Leuschel is scheduled to release from the Bureau of Prisons' (BOP) custody on May 16, 2012. At this time, Mr. Leuschel has been residing with his brother on home confinement at ████████████ in Spokane Valley, Washington. He has had the benefit of prerelease transition services, and is not in need of an additional 180 days of placement. Mr. Leuschel should begin employment with All About Landscaping next week. He was able to obtain employment through the Workforce Investment Act.

Mr. Leuschel has signed the attached waiver of hearing after being advised of his right to a hearing before Your Honor and advice of counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/09/2012

s/Anne Sauther

Anne Sauther
U.S. Probation Officer

Prob 12B
Re: Leuschel, James V.
May 9, 2012
Page 2

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

5/9/12
_____
Date